**CARLSON CONSTRUCTION CO., INC., Respondent,**

v.

**HANRAHAN ASPHALT PAVING CO., INC., Appellant.**

No. WD 40368.

Missouri Court of Appeals, Western District.

Oct. 25, 1988.

Motion for Rehearing and/or Transfer to Supreme Court Denied Nov. 29, 1988.

Application to Transfer Denied Jan. 17, 1989.

Richard W. Miller, Peter R. Healy and Steven R. Miller of Miller & Bash, P.C., Kansas City, for appellant.

Gordon R. Gaebler, Kansas City, for respondent.

Before FENNER, P.J., and MANFORD and COVINGTON, JJ.

ORDER

PER CURIAM:

Direct appeal from a judgment for damages for breach of contract.

Respondent's Motion for Damages for Frivolous Appeal is overruled. Respondent's Motion to Dismiss appeal is overruled.

Judgment affirmed. Rule 84.16(b).